Lee Graham as guardian, etc., Appellant, v. Julius Graham as guardian, etc., Appellee.

### In Banc.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

No appearance for appellant.

No appearance for appellee.

A petition in this cause was filed by the appellant against the appellee, and a counter petition by the appellee against the appellant. The decree was for Julius Graham and Lee Graham appeals. The appeal is dismissed for failure to file briefs.

Decision *Per Curiam.*